# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America <br> v. <br> ROBERT L. BAUER, DOB: ▮ , <br> EDWARD E. HEMENWAY, II, DOB: ▮ <br><br> *Defendant(s)* | ) <br> ) Case: 1:21-mj-00059 <br> ) Assigned to: Judge Zia M. Faruqui <br> ) Assign Date: 1/14/2021 <br> ) Description: COMPLAINT W/ARREST WARRANT <br> ) <br> ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752 (a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 40 U.S.C. 5104(e)(2) | Violent Entry and Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Jennifer Whittaker, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: __01/14/2021__

_____
Zia M. Faruqui
2021.01.14 18:24:21 -05'00'
*Judge's signature*

City and state: __WASHINGTON, D.C.__ Zia M. Faruqui, MAGISTRATE JUDGE
*Printed name and title*