## APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

UNITED STATES OF AMERICA

CASE NO.:   3:21MJ00005

v.

DATE:   1/15/2021

Edward E. Hemenway, II

TYPE OF HEARING:   Video Rule 5 Removal

********************************************************************************

PARTIES:

1. **Joel C. Hoppe, USMJ**         6. _____
2. **Chris Kavanaugh**              7. _____
3. **Andrea Harris**                8. _____
4. **Defendant**                    9. _____
5. _____          10. _____

********************************************************************************

Recorded by:  **Heidi N. Wheeler**                                Time in Court:  _21min__

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 4:52 | 1 | 5:08 | 1,3 | | | | | | |
|  | 1,2,1,3 |  | 1,3 | | | | | | |
|  | 1,4 | 5:10 | 1,4 | | | | | | |
| 4:55 | 1,4 |  | 1,3 | | | | | | |
|  | 1,2 | 5:10 | 1,4 | | | | | | |
|  | 1,3 |  | 1 | | | | | | |
| 5:00 | 1 | 5:11 | 1,4 | | | | | | |
|  | 1,4 |  | 1,2 | | | | | | |
| 5:02 | 1,2 |  | 1,3 | | | | | | |
|  | 1,4 | 5:13 | 1 | | | | | | |
| 5:04 | 1,4 |  | END | | | | | | |
|  | 1,2 |  |  | | | | | | |
| 5:07 | 1,2 |  |  | | | | | | |
|  | 1,3 |  |  | | | | | | |